

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**WESLEY E. BAUMAN**
*Assistant Corporation Counsel*
Tel.: (212) 788-0517
Fax: (212) 788-9776
wbauman@law.nyc.gov

January 30, 2012

<u>**VIA ECF**</u>
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     <u>Cooper v. City of New York, et al</u>
>          11 Cv. 4873 (SJ)(RER)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter.  By way of background, plaintiff alleges, *inter alia*, that he was falsely arrested in violation of his constitutional rights.  Defendant City, with plaintiff's consent, issues this status update to the Court, pursuant to the Court's endorsement of defendant City's January 11, 2012 letter.

      On January 26, 2012 this case settled, in principle, for $18,500 with the related case, <u>Cooper v. City of New York, et al.</u>, 11 Cv. 0452 (ENV)(JMA).  The parties are in the process of preparing the required settlement paperwork for the Court's endorsement. Accordingly, we respectfully request that the answer due date and Initial Conference remain adjourned.

> Respectfully submitted,
>
> /S/
>
> Wesley E. Bauman
> Assistant Corporation Counsel
> Special Federal Litigation Division

cc:     Hon. Sterling Johnson, Jr. (By ECF)
      Ugochukwu Uzoh, Esq. (By ECF)